*Alan Kahn,* with him *Winokur & Kahn,* for appellant.

*Michael A. Foley,* for appellee.

OPINION PER CURIAM, May 22, 1961:

The order of the Superior Court, reversing the new trial order of the court below and directing that judgment be entered on the verdict for the plaintiff, is affirmed on the opinion of Judge WOODSIDE, reported at 194 Pa. Superior Ct. 237, 166 A. 2d 678.

Real Estate Tax Assessment Appeals.

Argued May 1, 1961. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and EAGEN, JJ.

*Jacob J. Siegal*, Deputy City Solicitor, with him *Charles Moore* and *Augustus Sigismondi*, Assistant City Solicitors, and *David Berger*, City Solicitor, for City of Philadelphia, appellant.

*W. Bradley Ward*, with him *Louis F. Floge*, and *Schnader, Harrison, Segal & Lewis*, for appellee.

OPINION PER CURIAM, May 22, 1961:
The order of the court below is affirmed.

Commonwealth *v.* W. J. Harris and Son, Appellant.

